| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | ALYSON A. BERG |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California  93721 |
| 4 | Telephone:  (559) 497-4000 |
| | Facsimile:  (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Defendant UNITED STATES DEPARTMENT |
| | OF AGRICULTURE, FOOD AND NUTRITION SERVICE |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHPAL SINGH GILL and DALWINDER KAUR dba LIVINGSTON GROCERY, | ) Case No. 1:13-cv-01169 LJO/GSA |
| | ) |
| Plaintiffs, | ) STIPULATION TO EXTEND TIME |
| | ) IN WHICH TO RESPOND TO COMPLAINT; |
| v. | ) ORDER RE SAME |
| | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITIOIN SERVICE; DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

Plaintiffs Rasphal Singh Gill and Dalwinder Kaur dba Livingtson Grocery and Defendant United States, stipulate, by and through the undersigned counsel, to extend the deadline for the United States to respond to the Complaint to and including December 6, 2013.  The parties base this stipulation on good cause, which includes the need for the United States to review the allegations in the Complaint and respond accordingly.  The parties agree that this short extension of time for the United States to respond will not cause any prejudice to the parties as this action was recently commenced, and proper service was not made on the United States.

Accordingly, the parties stipulate and agree to continue the time for the United States to file a responsive pleading to the Complaint as specified below, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

///

                                                Respectfully submitted,

Dated:  October 25, 2013                         BENJAMIN B. WAGNER
                                                      UNITED STATES ATTORNEY


                                                    /s/Alyson A. Berg
                                                    ALYSON A. BERG
                                                    Assistant United States Attorney
                                                    Attorney for Defendant United States
                                                    Department of Agriculture, Food and
                                                    Nutrition Service


Dated:  October 25, 2013


                                                    /s/Adrian Hoppes
                                                    ADRIAN HOPPES
                                                    Law Office of Edward Misleh
                                                    Attorney for Plaintiff


### **ORDER**

      Having reviewed the stipulation submitted the parties, and upon a finding of good cause, the Court hereby extends the time for the United States' to respond to the complaint to December 6, 2013.

IT IS SO ORDERED.

   Dated:  **October 30, 2013**                        **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE