1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Defendant UNITED STATES DEPARTMENT
    OF AGRICULTURE, FOOD AND NUTRITION SERVICE

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10 RASHPAL SINGH GILL and DALWINDER     ) Case No. 1:13-cv-01169 LJO/GSA
   KAUR dba LIVINGSTON GROCERY,         )
11                                      ) STIPULATION TO EXTEND TIME
                       Plaintiffs,      ) IN WHICH TO RESPOND TO COMPLAINT;
12                                      ) ORDER RE SAME
   v.                                   )
13                                      )
   UNITED STATES DEPARTMENT OF          )
14 AGRICULTURE, FOOD AND NUTRITIOIN     )
   SERVICE; DOES 1-10,                  )
15                                      )
                       Defendants.      )
16                                      )
                                        )
17

18         Plaintiffs Rasphal Singh Gill and Dalwinder Kaur dba Livingtson Grocery and Defendant United

19 States, stipulate, by and through the undersigned counsel, to extend the deadline for the United States to

20 respond to the Complaint to and including December 6, 2013.  The parties base this stipulation on good

21 cause, which includes the need for the United States to review the allegations in the Complaint and

22 respond accordingly.  The parties agree that this short extension of time for the United States to respond

23 will not cause any prejudice to the parties as this action was recently commenced, and proper service

24 was not made on the United States.

25         Accordingly, the parties stipulate and agree to continue the time for the United States to file a

26 responsive pleading to the Complaint as specified below, and base it on the above-stated good cause.

27 The parties request the court to endorse this stipulation by way of formal order.

28 ///

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated:  October 25, 2013 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
|     | /s/Alyson A. Berg<br>ALYSON A. BERG<br>Assistant United States Attorney<br>Attorney for Defendant United States<br>Department of Agriculture, Food and<br>Nutrition Service |
| Dated:  October 25, 2013 |     |
|     | /s/Adrian Hoppes<br>ADRIAN HOPPES<br>Law Office of Edward Misleh<br>Attorney for Plaintiff |

### **ORDER**

Having reviewed the stipulation submitted the parties, and upon a finding of good cause, the Court hereby extends the time for the United States' to respond to the complaint to December 6, 2013.

IT IS SO ORDERED.

Dated:  **October 30, 2013**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT; ORDER RE SAME