1  Edward Misleh SBN

2  615 10th Street

3  Sacramento, CA 95814

4  916.443.1267

5  Attorney for Livingston Grocery

6

7

8              U.S. District Court – Eastern District of California

9

10

11

| Rashpal Singh Gill and Dalwinder Kaur dba Livingston Grocery, | Case No. 1:13-CV-01169-LJO-GSA |
|---|---|
| Plaintiffs | **JOINT NOTICE OF DISMISSAL AND ORDER TO DISMISS** |
| v. | |
| United States Department of Agriculture, | |
| Defendant. | |

19

20       Plaintiff RASHPAL GILL AND DALWINDER KAUR DBA LIVINGSTON

21  GROCERY, and Defendant UNITED STATES OF AMERICA (ERRONEOUSLY

22  SUED AS USDA), (hereafter the Parties) by and through their counsel of record, hereby

23  request that the Court dismisses the above-entitled matter, with prejudice.

24

25  ///

26  ///

27  ///

28

**Livingston Grocery v. USDA**
**NOTICE OF DISMISSAL**
                          Page 1

///

Dated: December ___, 2013

					_____
					Edward Misleh
					Attorney for Plaintiff


Dated: December ___, 2013

					BENJAMIN B. WAGNER
					United States Attorney


					_____
					ALYSON A.  BERG
					Assistant U.S. Attorney
					Attorney for the United States


## ORDER

     Pursuant to the foregoing the court dismisses the entire case with prejudice.  This Court will take no further action in this case, VACATES the February 4, 2014 motion to dismiss hearing, and DIRECTS the clerk to close this action.


IT IS SO ORDERED.

     Dated:   **December 12, 2013**          **/s/ Lawrence J. O'Neill**
					UNITED STATES DISTRICT JUDGE

**Livingston Grocery v. USDA**
**NOTICE OF DISMISSAL**
					Page 2